# EXHIBIT A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed: COMPLAINT
December 30, 2020 11:58

By: DENNIS R. LANSDOWNE 0026036

Confirmation Nbr. 2145930

| | |
|---|---|
| ROBERT P. DUCATMAN | CV 20 942277 |
| vs. | |
| DAKOTA MINNESOTA & EASTERN RAILROAD CORP ET AL | **Judge:** DEENA R. CALABRESE |

**Pages Filed:** 4



Common Pleas Court of Cuyahoga County, Ohio

## DESIGNATION FORM TO BE USED TO INDICATE THE CLASSIFICATION OF THE CAUSE

**Robert P. Ducatman**  
Plaintiff  
Vs.  
**Dakota Minnesota & Eastern Railroad Corp.**  
Defendant

Case Number: _____  
Date: _____

Has this case been previously filed and dismissed? Yes ☐ No ☒  
Case #: _____  Judge: _____  
Is this case related to any new cases now pending or previously filed? Yes ☐ No ☐  
Case #: _____  Judge: _____

**CIVIL CLASSIFICATIONS:** *Place an (X) In ONE Classification Only.*

**Professional Torts:**  
☐ 1311 Medical Malpractice  
☐ 1315 Dental Malpractice  
☐ 1316 Optometric Malpractice  
☐ 1317 Chiropractic Malpractice  
☐ 1312 Legal Malpractice  
☐ 1313 Other Malpractice  

**Product Liability:**  
☐ 1330 Product Liability  

**Other Torts:**  
☒ 1310 Motor Vehicle Accident  
☐ 1314 Consumer Action  
☐ 1350 Misc. Tort  

**Workers Compensation:**  
☐ 1550 Workers Compensation  
☐ 1531 Workers Comp. Asbestos  

**Foreclosures:**  
☐ Utilize Separate Foreclosure Designation Form  

**Commercial Docket:**  
☐ 1386 Commercial Docket  
☐ 1387 Commercial Docket with Foreclosure  

**Administrative Appeals:**  
☐ 1540 Employment Services  
☐ 1551 Other  

**Other Civil:**  
☐ 1500 Replevin/Attachment  
☐ 1382 Business Contract  
☐ 1384 Real Estate Contract  
☐ 1388 Consumer Debt  
☐ 1390 Cognovit  
☐ 1391 Other Contracts  
☐ 1490 Foreign Judgment  
☐ 1491 Stalking Civil Protection Order  
☐ 1501 Misc. Other  
☐ 1502 Petition to Contest Adam Walsh Act  
☐ 1503 Certificate of Qualification for Employment  

**Amount of Controversy:**  
☐ None Stated  
☐ Less than $25,000  
☒ Prayer Amount **$25,000**

**Parties have previously attempted one of the following prior to filing:**  
☐ Arbitration  
☐ Early Neutral Evaluation  
☐ Mediation  
☒ None  

*I certify that to the best of my knowledge the within case is not related to any now pending or previously filed, expect as noted above.*

**Spangenberg Shibley & Liber, LLP**  
Firm Name (Print or type)  
**1001 Lakeside Ave., Ste. 1700**  
Address  
**Cleveland, OH 44114**  
Address  
**(216) 696-3232**  
Phone  

**Dennis R. Lansdowne, Esq.**  
Attorney of Record (Print or Type)  
**0026036**  
Supreme Court #  
**dlansdowne@spanglaw.com**  
Email Address  
*[signature]*  
Signature

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ROBERT P. DUCATMAN<br>5309 Denise Court<br>Solon, OH 44139<br><br>      Plaintiff,<br><br>v.<br><br>DAKOTA MINNESOTA & EASTERN<br>RAILROAD COPORATION<br>c/o CT Corporation System, Inc.<br>1010 Dale Street North<br>St. Paul, MN 55117-5603<br><br>and<br><br>DAKOTA MINNESOTA & EASTERN<br>RAILROAD COPORATION<br>c/o Keith E. Creel, CEO<br>120 South 6th Street | Suite 800<br>Minneapolis, MN 55402-1201<br><br>and<br><br>DAKOTA MINNESOTA & EASTERN<br>RAILROAD CORPORATION<br>c/o CT Corporation System<br>400 East Court Avenue<br>Des Moines, IA 50309<br><br>and<br><br>JACOB JAMES GRAVES<br>714 North Main<br>Brookfield, MO 64628<br><br>      Defendants. | Case No.:<br><br>JUDGE<br><br><br>**COMPLAINT**<br><br>*Jury Demand Endorsed Herein* |

1.  Plaintiff, Robert P. Ducatman, at all times relevant, was a resident of Cuyahoga County, Ohio residing at 5309 Denise Court, Solon, Ohio 44139.

2. At all times relevant, the Defendant, Dakota Minnesota & Eastern Railroad Corporation, was a foreign corporation operating under the fictitious name of Canadian Pacific and was domiciled in Minneapolis, Minnesota. Furthermore, at all times relevant, Dakota Minnesota & Eastern Railroad Corporation owned and had in operation a 2010 semi-tractor-trailer bearing USDOT No. 527121; Vehicle Identification No. 5KJJABDR0APAR0805 and an Iowa license plate no. VE3911.

3. On or about September 17, 2020, the Defendant, Jacob James Graves, was employed as a truck driver for Dakota Minnesota & Eastern Railroad Corporation and was, at all times relevant, operating the 2010 semi-tractor-trailer bearing USDOT No. 527121; Vehicle Identification No. 5KJJABDR0APAR0805 and an Iowa license plate no. VE3911.

4. On or about September 17, 2020, Mr. Graves was operating the 2010 semi-tractor trailer in an eastbound direction on State Route 43 (Aurora Road) in Solon, Ohio.

5. At all times relevant, Plaintiff, Robert P. Ducatman, was a pedestrian, lawfully crossing State Route 43 in the crosswalk at the intersection of Hawthorne Parkway and State Route 43.

6. At all times relevant, Mr. Graves failed to yield the right of way to Mr. Ducatman who was in the crosswalk at the intersection of Hawthorne Parkway and State Route 43. Mr. Graves negligently and recklessly operated the 2010 semi-tractor-trailer failing to yield the right of way to Mr. Ducatman and striking Mr. Ducatman in the crosswalk at Hawthorne Parkway and State Route 43.

7. Plaintiff further states that as a direct and proximate result of Defendant's negligence and reckless operation of the 2010 semi-tractor-trailer, Plaintiff Robert P. Ducatman suffered severe and permanent personal injuries, pain and suffering of both body

and mind, including fractures of the right tibia, fibula, ankle and left humerus. Plaintiff has also incurred medical bills as well as lost wages and other economic losses. All of the foregoing injuries and damages are permanent.

WHEREFORE, Plaintiff prays for judgment against the Defendants in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), together with the cost of suit, interest and attorney's fees.

A TRIAL BY JURY IS HEREBY REQUESTED.

Respectfully submitted,

/s/ Dennis R. Lansdowne
DENNIS R. LANSDOWNE (0026036)
NICHOLAS A. DICELLO (0075745)
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, East | Suite 1700
Cleveland, Ohio 44114
(216) 696-3232 | Phone
(216) 696-3924 | Facsimile
dlansdowne@spanglaw.com
ndicello@spanglaw.com

| CASE NO. | SUMMONS NO. |
|---|---|
| CV20942277 | D1 CM | 43333099 |

Rule 4 (B) Ohio
Rules of Civil
Procedure

# SUMMONS

ROBERT P. DUCATMAN **PLAINTIFF**
VS
DAKOTA MINNESOTA & EASTERN RAILROAD CORP., ET AL **DEFENDANT**

DAKOTA MINNESOTA & EASTERN RAILROAD CORPORATION
CO CT CORPORATION SYSTEM, INC.
1010 DALE STREET NORTH
ST. PAUL MN 55117

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

NICHOLAS A DICELLO
1001 LAKESIDE AVE. EAST

SUITE 1700
CLEVELAND, OH 44114-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

DEENA R CALABRESE
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By _____
Deputy

| DATE SENT |
|---|
| Jan 4, 2021 |

COMPLAINT FILED   12/30/2020

CMSN130

| CASE NO. | SUMMONS NO. |
|---|---|
| CV20942277 | D2 CM    43333100 |

Rule 4 (B) Ohio
Rules of Civil
Procedure

# SUMMONS

ROBERT P. DUCATMAN **PLAINTIFF**
VS
DAKOTA MINNESOTA & EASTERN RAILROAD CORP., ET AL **DEFENDANT**

DAKOTA MINNESOTA & EASTERN RAILROAD CORPORATION
CO KEITH E CREEL, CEO
120 SOUTH 6TH STREET, SUITE 800
MINNEAPOLIS MN 55402

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

NICHOLAS A DICELLO
1001 LAKESIDE AVE. EAST

SUITE 1700
CLEVELAND, OH 44114-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

DEENA R CALABRESE
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT | By  |
|---|---|
| Jan 4, 2021 | Deputy |

COMPLAINT FILED    12/30/2020



CMSN130

| CASE NO. | SUMMONS NO. |
|---|---|
| CV20942277 | D3 CM | 43333101 |

Rule 4 (B) Ohio
Rules of Civil Procedure

ROBERT P. DUCATMAN  **PLAINTIFF**
VS
DAKOTA MINNESOTA & EASTERN RAILROAD CORP., ET AL  **DEFENDANT**

# SUMMONS

```
DAKOTA MINNESOTA & EASTERN RAILROAD
CORPORATION
CO CT CORPORATION SYSTEM, INC.
400 EAST COURT AVENUE
DES MOINES IA 50309
```

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:  

**Plantiff's Attorney**

```
NICHOLAS A DICELLO
1001 LAKESIDE AVE. EAST

SUITE 1700
CLEVELAND, OH 44114-0000
```

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

DEENA R CALABRESE
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas


By _____
Deputy



| DATE SENT |
|---|
| Jan 4, 2021 |

COMPLAINT FILED  12/30/2020

CMSN130

| CASE NO. | SUMMONS NO. |
|---|---|
| CV20942277  D4 CM | 43333102 |

Rule 4 (B) Ohio

Rules of Civil Procedure

ROBERT P. DUCATMAN  **PLAINTIFF**
VS
DAKOTA MINNESOTA & EASTERN RAILROAD CORP., ET AL  **DEFENDANT**

# SUMMONS

JACOB JAMES GRAVES
714 NORTH MAIN
BROOKFIELD MO 64628

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

NICHOLAS A DICELLO
1001 LAKESIDE AVE. EAST

SUITE 1700
CLEVELAND, OH 44114-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

DEENA R CALABRESE
Do not contact judge. Judge's name is given for attorney's reference only.



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT | By |
|---|---|
| Jan 4, 2021 | Deputy |

COMPLAINT FILED   12/30/2020

CMSN130