**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ROBERT P. DUCATMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-00236 ) ) **JUDGE SOLOMON OLIVER, JR.** |
| DAKOTA, MINNESOTA & EASTERN RAILROAD CORPORATION, and JACOB JAMES GRAVES, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER OF COURT**

AND NOW, this <u>28th</u> day of March, 2022, upon consideration of the Joint Stipulation of Dismissal filed on behalf of the parties pursuant to Fed. R. Civ. 41(a), it is hereby ORDERED that the Stipulation is GRANTED, (ECF No. 16), and that the civil case be, and the same is hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/S/ SOLOMON OLIVER, JR.
　　　　　　　　　　　　　　　　　　　　　　Judge Solomon Oliver, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge